**Opinion issued September 5, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-24-00099-CV**

———————————

**IN THE INTEREST OF V.A.L., A CHILD**

---

**On Appeal from the 507th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-47246**

---

**MEMORANDUM OPINION**

Appellants have filed an unopposed motion to dismiss their appeal. *See* TEX.
R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P.
42.1(c).

Accordingly, we grant appellants' motion and dismiss their appeal. *See* TEX.
R. APP. P. 42.1(a)(1). We also dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.